# Notice Recipients

District/Off: 0311−1   User: admin   Date Created: 5/15/2024
Case: 24−11008−TMH   Form ID: 309C   Total: 33

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Outfox Hospitality LLC | 167 N. Green Street | Chicago, IL 60607 | | |
| tr | Jeoffrey L. Burtch | P.O. Box 549 | Wilmington, DE 19899 | | |
| aty | Dennis A. Meloro | Greenberg Traurig, P.A | 222 Delaware Avenue | Suite 1600 | Wilmington, DE 19801 |
| 19038087 | Am Casualty Co of Reading, PA | 151 N Franklin St | Chicago, IL 60606 | | |
| 19038088 | Anthony Marano Company | CO McCarron and Diess | Attn Mary Jean Fassett | 4530 Wisconsin Ave NW | Suite 301  Washington, DC 20016 |
| 19038089 | Anthony Marano Company | CO William B Kohn | 364 Iris Lane | Highland Park, IL 60035 | |
| 19038090 | Ascot Insurance Company | 55 W. 46th Street | 26th Floor | New York, NY 10036 | |
| 19038091 | Caroline Barry | 1158 W Armitage Ave | Unit 207 | Chicago, IL 60614 | |
| 19038092 | DKM HoldCo LLC | 1165 Clark St | Suite 412 | Chicago, IL 60610 | |
| 19046121 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 | |
| 19038093 | Elizabeth Williams | 1972 Port Weybridge Place | Newport Beach, CA 92660 | | |
| 19038094 | Foxtrot Holdings LLC | 167 N Green St | Ste 1100 | Chicago, IL 60607 | |
| 19038095 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| 19038100 | JPMorgan Chase Bank NA | 10 Dearborn St | Floor L2S | Chicago, IL 60603 | |
| 19038099 | JPMorgan Chase Bank NA | Attn Melissa Bazal | 383 Madison Avenue | 22nd Floor | New York, NY 10017 |
| 19038101 | JPMorgan Chase Bank NA | CO DLA Piper | Attn Eric Goldberg | 2000 Avenue of the Stars | Suite 400 N Tower  Los Angeles, CA 90067−4735 |
| 19038096 | Jamil Ladell Moore | CO Haseeb Legal LLC | Attn Syed Haseeb Hussain | 420 E Waterside Dr 3004 | Chicago, IL 60601 |
| 19038097 | Jared Stein | 400 North Camden Drive | Suite 300 | Beverly Hills, CA 90210 | |
| 19038098 | Jay Owen | CO DOM Capital Group | 1165 N. Clark Street | Suite 402 | Chicago, IL 60610 |
| 19038102 | Keith Kravcik | CO Cleveland Avenue LLC | 222 N. Canal Street | Third Floor | Chicago, IL 60606 |
| 19038103 | Maravilla, Coirrea, Nieminski, Brown et al | CO Werman Salas PC | Attn Werman, Salas, Arendt | 77 W Washington St | Ste 1402  Chicago, IL 60602 |
| 19038104 | Market Cuts LLC | CO McCarron and Diess | Attn Mary Jean Fassett | 4530 Wisconsin Ave NW | Suite 301  Washington, DC 20016 |
| 19038105 | Market Cuts LLC | CO William B Kohn | 364 Iris Lane | Highland Park, IL 60035 | |
| 19038106 | Michael Tully | 2850 Tigertail Ave | Miami, FL 33133 | | |
| 19038107 | PBG Financial Services Ltd. | 1247 Waukegan Road | Suite 100 | Glenview, IL 60025 | |
| 19038108 | Rob Twyman | 20 New Street | Portland, ME 04103 | | |
| 19038109 | Robert Mariano | 159 E. Walton Place | Apt 6F | Chicago, IL 60611 | |
| 19038110 | Sauber and Torres et al | CO Miglicaccio and Rathod LLP | Attn Rathod, Miglicaccio | 412 H St NE | Ste 302  Washington, DC 20002 |
| 19038111 | State of Delaware | Division of Corporations | John G. Townsend Bldg. | 401 Federal Street | Suite 4  Dover, DE 19901 |
| 19046120 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 | |
| 19038112 | The Hartford | Hartford Fin Lines, One Hartford Plaza | Hartford, CT 06115 | | |
| 19038113 | Twin City Fre Ins Co | One College Park | 8910 Purdue Road | Indianapolis, IN 46268−0930 | |
| 19038114 | Waldemar Colon | 2620 W Eastwood Ave | Chicago, IL 60625 | | |

TOTAL: 33