**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> DOMS MARKET LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11010 (TMH) |
| In re: <br><br> DOMS MARKET HOLDCO INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11011 (TMH) |
| In re: <br><br> FOXTROT HOLDINGS TEXAS, INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11012 (TMH) |
| In re: <br><br> FOXTROT INTERMEDIATE TEXAS, INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11013 (TMH) |
| In re: <br><br> FOXTROT RETAIL INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11014 (TMH) |
| In re: <br><br> FOXTROT RETAIL DC, LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11015 (TMH) |

| | |
|---|---|
| In re:<br><br>FOXTROT RETAIL FLORIDA, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11016 (TMH) |
| In re:<br><br>FOXTROT RETAIL TEXAS, INCORPORATED<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11017 (TMH) |
| In re:<br><br>FOXTROT VENTURES, INCORPORATED<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11018 (TMH) |
| In re:<br><br>OUTFOX HOSPITALITY LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11008 (TMH) |
| In re :<br><br>OUTFOX HOSPITALITY MIDCO LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11009 (TMH) |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION AND AGREED ORDER
<u>PRESERVING BANK ACCOUNT STATUS QUO</u>**

I, Elihu E. Allinson, III, counsel to Anthony Marano Company and Market Cuts, LLC (the "PACA Creditors") hereby certify as follows to the best of my knowledge, information, and belief:

1. On May 20, 2024, the Parties[1] agreed to the Stipulation attached to the proposed order as **Exhibit 1**.

---

[1] Unless it is plainly apparent from the context and another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Stipulation.

2

2.      The Stipulation has been executed by (proposed) counsel for the Parties, and is not subject to objection by any of them.

WHEREFORE, the PACA Creditors respectfully request that the Court enter the Order, attached as **Exhibit A** approving the Stipulation attached thereto as Exhibit 1 at its earliest convenience without further notice or hearing.

Dated: May 20, 2024  
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

 */s/ E.E. Allinson III*  
Elihu E. Allinson, III (No. 3476)  
919 North Market Street, Suite 420  
Wilmington, Delaware 19801  
Tel: 302-428-8191  
Fax: 302-428-8195  
Email: zallinson@sha-llc.com

and

Mary Jean Fassett, Esq.  
McCarron & Diess  
4530 Wisconsin Avenue, N.W., Ste. 301  
Washington, D.C. 20016  
Tel. 202-364-0400  
Fax. 202-364-2731  
mjf@mccarronlaw.com

*Attorneys for PACA Creditors, Anthony Marano Company and Market Cuts, LLC*