**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DOMS MARKET LLC | Case No. 24-11010 (TMH) |
| Debtor. | EIN: 84-1747198 |
| In re: | Chapter 7 |
| DOMS MARKET HOLDCO INC. | Case No. 24-11011 (TMH) |
| Debtor. | EIN: 84-4499666 |
| In re: | Chapter 7 |
| FOXTROT HOLDINGS TEXAS, INCORPORATED | Case No. 24-11012 (TMH) |
| Debtor. | EIN: 83-3831903 |
| In re: | Chapter 7 |
| FOXTROT INTERMEDIATE TEXAS, INCORPORATED | Case No. 24-11013 (TMH) |
| Debtor. | EIN: 83-3803695 |
| In re: | Chapter 7 |
| FOXTROT RETAIL INCORPORATED | Case No. 24-11014 (TMH) |
| Debtor. | EIN: 83-1628447 |
| In re: | Chapter 7 |
| FOXTROT RETAIL DC, LLC | Case No. 24-11015 (TMH) |
| Debtor. | EIN: 84-2583091 |

| | |
|---|---|
| In re: | Chapter 7 |
| FOXTROT RETAIL FLORIDA, LLC | Case No. 24-11016 (TMH) |
| Debtor. | EIN:  88-3527444 |
| In re: | Chapter 7 |
| FOXTROT RETAIL TEXAS, INCORPORATED | Case No. 24-11017 (TMH) |
| Debtor. | EIN:  83-3777582 |
| In re: | Chapter 7 |
| FOXTROT VENTURES, INCORPORATED | Case No. 24-11018 (TMH) |
| Debtor. | EIN:  46-2928250 |
| In re: | Chapter 7 |
| OUTFOX HOSPITALITY LLC | Case No. 24-11008 (TMH) |
| Debtor. | EIN:  93-4442547 |
| In re : | Chapter 7 |
| OUTFOX HOSPITALITY MIDCO LLC | Case No. 24-11009 (TMH) |
| Debtor. | EIN:  N/A |

**GLOBAL NOTES AND STATEMENTS
OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING
THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND
STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors (collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2

Caroline Barry has signed each set of the Schedules and Statements. Ms. Barry serves as the Secretary and Treasurer for Outfox Hospitality LLC and is an authorized signatory for each of the Debtors with respect to the Schedules and Statements. In reviewing and signing the Schedules and Statements, Ms. Barry has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' records, Ms. Barry has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, without limitation, statements and representations concerning amounts owed to creditors, the classification of such amounts, and creditor addresses.

The Schedules and Statements are unaudited and subject to potential amendment or supplementation. In preparing the Schedules and Statements, the Debtors relied on financial data derived from the Debtors' books and records that was available at the time of preparation. The Debtors have made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances and based upon such information as was available at the time of preparation.

## Global Notes and Overview of Methodology

1. **Description of Cases.** On May 14, 2024 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

2. **Global Notes Control.** These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and referenced in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Basis of Presentation.** The Schedules and Statements are unaudited and do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("GAAP"), nor were they reconciled with the Debtors' financial statements. These Schedules and Statements represent a good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

4. **Reporting Date.** Unless otherwise noted herein or in the Schedules and Statements, all asset values (other than for bank accounts, other cash equivalents, and accounts receivable) contained in the Schedules and Statements and herein are as of March 31, 2024. Values

3

of bank accounts, other cash equivalents, and accounts receivable are as of the Petition Date. Accounts receivable are as of April 26, 2024. The values of the Debtors' liabilities are as of the Petition Date. It is possible, however, that because the Debtors ceased operations prior to the Petition Date, certain amounts invoiced to the Debtors after they ceased operations were not recorded in the Debtors' liabilities.

5.   **Foreclosure Sale.**   On May 10, 2024, the Debtors' senior lender conducted an auction for a foreclosure sale of substantially all of the Debtors' assets in which the lender had a security interest pursuant to the New York Uniform Commercial Code. The Debtors understand that there was a winning bidder for the sale of the assets of Foxtrot Ventures Incorporated, Foxtrot Retail, Inc., Foxtrot Retail D.C., LLC, Foxtrot Intermediate Texas, Inc., Foxtrot Retail Texas, Inc. and Foxtrot Holdings Texas, Inc. and that such foreclosure sale closed on May 14, 2024. None of the Debtors were parties to the sale, although the Debtors assigned certain leases to the buyer in connection therewith. The Debtors and their advisors who assisted in the preparation of the Schedules and Statements have made reasonable efforts to reflect the impact of the foreclosure sale in the Schedules and Statements but do not guarantee or warrant the accuracy or completeness thereof.

Prior to the foreclosure sale, the Debtors owned and operated stores at thirty five (35) locations. Fifteen (15) of those store locations and substantially all assets used in the operation of those store locations were sold as a result of the foreclosure sale. Those locations include: (i) 401 N. Wells Street, Chicago, IL 60654 ("Hubbard"); (ii) 171 N. Green Street, Chicago, IL 60607 ("Fulton Market"); (iii) 23 W. Maple St., Chicago, IL 60610 ("Gold Coast"); (iv) 1562 N. Wells St., Chicago, IL 60610 ("Old Town"); (v) 1576 N. Milwaukee Ave., Chicago, IL 60622 ("Milwaukee & Damen"); (vi) 233 S. Wacker Dr., Chicago, IL 60607 ("Willis Tower"); (vii) 1714 W. Division St., Chicago, IL 60622 ("Wicker Park"); (viii) 2801 N. Broadway St., Chicago, IL 60657 ("East Lakeview"); (ix) 3649 N. Clark St., Chicago, IL 60613 ("Wrigley"); (x) 6565 Hillcrest Ave., Dallas, TX 75205 ("University Park"); (xii) 1800 & 1804 S. 1st St., Austin, TX 78704 ("South 1st & Annie"); (xiii) 2822 McKinney Ave., Dallas, TX 75204 ("Uptown"); (xiv) 301 W. 2nd St., Austin, TX 78701 ("Downtown 2nd St."); (xv) 3130 Knox St., Dallas, TX 75205 ("Knox Henderson"); and 900-902 W. Armitage St., Chicago, IL 60614 ("Lincoln Park"). The assets associated with the sold store locations include but at not limited to equipment, inventory, supplies, and accounts.

6.   **Valuation.**   It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of March 31, 2024.  Cash is reported based on the balances of the Debtors' bank accounts as of the Petition Date.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  In some instances, the Debtors have used estimates where actual data was not available.

7.   **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars.

8.   **Quantification of Claims.** Amounts that were not readily quantifiable by the

4

Debtors are reported as "undetermined," "unknown," or "N/A" and any such designation is not intended to reflect the magnitude or materiality of any claim.

9.      **Operating Entities.**  The Debtors operate their stores at leased locations and do not own any real property except for leasehold interests held by those of the Debtors that are the lessees under such leases. While certain Debtor entities are liable for rents and other obligations under the leases, the funds actually used by the Debtors to satisfy such obligations, along with any other monetary obligations incurred at the operational level, are supplied by Doms Market LLC and Foxtrot Ventures, Incorporated.  The lessee Debtor entities store and use certain business equipment, all of which is owned by Doms Market LLC and Foxtrot Ventures, Incorporated.

10.      **Setoffs.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.

11.      **Exclusions.**  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including accrued accounts payable, right of use assets and liabilities, leased equipment assets, and liabilities and deferred revenue. The Debtors also have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded.

12.      **Causes of Action.**  The Debtors, despite their reasonable efforts, may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.

13.      **Insiders.**  For purposes of the Schedules and Statements, the Debtors defined "insiders" in accordance with the provisions of section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only, however, and the designation of such persons as "insiders" on the Schedules and Statements does not constitute, and should not be construed as, an admission that such persons constitute insiders within the meaning of section 101(31) of the Bankruptcy Code.  Moreover, these Global Notes and the Schedules and Statements do not take any position with respect to: (a) any person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such person; (c) the decision making or corporate authority of any such person; or (d) whether the Debtors or any person who may have had control over the Debtors could successfully argue that such person is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

14.      **Litigation.**  Certain litigation reflected as claims against one of the Debtors may relate to any of the other Debtors.  The Debtors have made reasonable efforts to accurately record such claims in the Schedules and Statements of the Debtors against whom such claims lie.

15.      **Guarantees and Other Secondary Liability Claims.**  The Debtors have exercised

5

reasonable efforts to locate and identify guarantors, co-obligors, or other secondarily-liable parties under executory contracts, unexpired leases, secured financing agreements, and other such arrangements or agreements.  Where such guarantors or co-obligors have been identified, the Debtors have included them in the relevant Schedules D, E/F, G and/or H for the applicable Debtor.  The Debtors may have inadvertently omitted certain guarantees or other secondary liability embedded in their contractual agreements.

16.    **Totals.**  All totals that are included in the Schedules and Statements represent totals of known amounts only and do not include any undetermined amounts.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be materially different than the listed total.  Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules and Statements may significantly understate the Debtors' liabilities.

17.    **Accuracy.**  The financial information disclosed herein was not prepared in accordance with GAAP, federal or state securities laws, or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against the Debtors should evaluate this financial information in light of the purposes for which it was prepared.  The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws.

## Specific Notes to the Schedules of Assets and Liabilities

### Summary of Assets and Liabilities

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP.  The Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise, which may reflect consolidation, elimination and step-up in basis adjustments to the financial statements.

### Schedule A/B

### Part 1, Item 3

The Debtors maintain approximately sixteen (16) bank accounts and utilize a cash management system in the ordinary course of business to efficiently collect, concentrate, and disburse funds generated by their operations.  The account holder for eight (8) of the Debtors' bank accounts is Doms Market LLC; the account holder for seven (7) of the Debtors' bank accounts is Foxtrot Ventures, Incorporated; and the remaining one (1) of the bank accounts is held by Outfox Hospitality LLC.

### Part 2, Items 7 & 8

The Debtors' characterization of an asset listed in Part 2, Items 7 and 8 is not a legal characterization of either a deposit or a prepayment.

6

**Part 5, Items 18 to 22**

Doms Market LLC and Foxtrot Ventures, Incorporated own certain finished goods inventory, which is stored and sold at the Debtors' stores in the ordinary course of business. All such inventory has been scheduled on Schedule A/B for Doms Market LLC and Foxtrot Ventures, Incorporated, regardless of the location where such inventory was located as of the Petition Date. Except for goods located at the Lincoln Park and Old Town stores, values of finished goods are as of March 31, 2024. Goods located at the Lincoln Park and Old Town stores are valued as of April 29, 2024.

**Part 7, Items 39 to 40 and Part 8, 50**

Doms Market LLC and Foxtrot Ventures, Incorporated own certain business equipment, as well as all fixtures, which are stored and used at the Debtors' stores in the ordinary course of business. All such equipment and fixtures have been scheduled on Schedules A/B for Doms Market LLC and Foxtrot Ventures, Incorporated, regardless of the locations where such equipment and fixtures were being stored and used as of the Petition Date.

**Part 9, Item 55**

For accounting purposes, the Debtors recorded all leasehold improvements as assets of either Doms Market LLC or Foxtrot Ventures, Incorporated. All such leasehold improvements have been scheduled on Schedule A/B for the Debtor entity who is the lessee for that location.

**Part 11, Item 72**

The Foxtrot entities and the Doms entities merged in 2023. Due to this change in circumstances, the Debtors' taxes for 2023 have not yet been completed. Accordingly, the Debtors have not included any tax refund amounts in Schedule A/B.

**Schedule D**

**Part 1, Item 2**

The claim amounts listed on Schedule D are as of the Petition Date, with the exception of auto loan amounts, which are as of March 31, 2024.

**Schedule E/F**

**Claims of Counterparties to Executory Contracts and Unexpired Leases**

Schedule E/F reflects the prepetition amounts owing as of the Petition Date to counterparties to executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

7

**Part 1, Item 2**

In the ordinary course of business, the Debtors incur certain personal property and sales tax obligations in the various jurisdictions in which the Debtors operate. Such personal property tax obligations are assessed based on the equipment and other personal property stored at the locations of the Debtors' stores. Sales tax obligations are based on taxable revenue earned by Doms Market LLC and Foxtrot Ventures, Incorporated. As set forth above in Global Note 9 and the Specific Note on Schedule A/B, Part 5, Items 18 to 22, Doms Market LLC and Foxtrot Ventures, Incorporated own all the equipment and other personal property and all revenues generated by sales or otherwise; accordingly, all personal property and sales tax obligations have been scheduled on Schedule E/F for Doms Market LLC and Foxtrot Ventures, Incorporated, regardless of which of the Debtors' names may appear on the tax bills or statements.

**Part 2, Item 3**

Debtors Doms Market LLC and Foxtrot Ventures Incorporated sold gift cards in the ordinary course of business. As of the Petition Date, a number of outstanding gift cards had not been redeemed or tied to a user account, and the Debtors were not able to identify the recipients of these gift cards. Accordingly, the totals of such unclaimed gift cards are listed in Schedule F for those Debtors.

**Schedule G**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, or other documents, instruments, or agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, early termination rights, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Further, certain of the real property leases listed on Schedule G may have been terminated prepetition. All the Debtors' real property leases are included in Schedule G regardless of any such prepetition terminations.

For unexpired leases, the amounts listed do not reflect the total liability amount that would be required to be recorded under ASC 842, which would require the total of all past and future lease payments to be reflected on the books and records. Only past due lease payments have been listed in the Schedules.

Any and all rights, claims, and causes of action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

## Specific Notes to the Statements of Financial Affairs

### Part 1, Item 1

As set forth above in Global Note 10 and the Specific Note on Schedule A/B, Part 5, Item 21, Doms Market LLC and Foxtrot Ventures, Incorporated own all of the assets that produce revenue from the business of the Debtors; therefore, the Debtors have listed all gross revenue from the business of the Debtors on the Statements for Doms Market LLC and Foxtrot Ventures, Incorporated.

### Parts 3, 4, and 11

Any lists of transfers provided under Parts 3, 4, and 11 of the Debtors Statements of Financial Affairs are mutually exclusive.

### Part 13, Item 26.d

As noted herein, the Debtors (excluding Doms Market LLC and Doms Market Holdco Inc.) ordinarily prepare financial statements on a consolidated basis in accordance with GAAP for financial reporting purposes.  Those Debtors issue their consolidated financial statements in the ordinary course of business.  It would be a timely and burdensome task for the Debtors to go through their records to identify all financial institutions, creditors, and other parties to whom the Debtors have issued a financial statement within the two (2) years prior to the Petition Date; accordingly, the Debtors have not identified such recipients.

ACTIVE 698159343v5

**Fill in this information to identify the case:**

**Debtor name:** Outfox Hospitality LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number:** 24-11008

☐ **Check if this is an amended filing**

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B                                              $0.00

1b. **Total personal property:**
Copy line 91A from Schedule A/B                                             $0.00

1c. **Total of all property:**
Copy line 92 from Schedule A/B                                              $0.00


**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)          $5,554,719.32
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**                   Undetermined
Copy the total claims from Part 1 from line 5a of Schedule E/F

3b. **Total amount of claims of nonpriority amount of unsecured claims:**   Undetermined
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F


**4. Total Liabilities**                                                    $5,554,719.32
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Outfox Hospitality LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11008

☐ **Check if this is an amended filing**

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
| --- | --- | --- |
| **2. Cash on hand** | | |
| 2.1 | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| Name of institution (bank or brokerage firm) | Type of account / Last 4 digits of account # | |
| 3.1    JP Morgan Chase Bank, N.A. | Checking        3613 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | |
| 4.1    None | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $0.00

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Current value of debtor's interest |
|---|---|
| 7.1 | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. | $0.00

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ – _____ | = ........ ➜ | | $0.00 |
| | | face amount      doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | _____ – _____ | = ........ ➜ | | $0.00 |
| | | face amount      doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $0.00

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                          % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 | Outfox Hospitality Midco LLC | 100 | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None                                                                                                    $0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes     Book value _____     Valuation method _____     Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　　　☐ No

　　　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes　　Book value _____　　Valuation method _____　　Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| 39.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**40. Office fixtures**

| 40.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**49. Aircraft and accessories**

49.1

_____   _____   _____   _____   $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1

_____   _____   _____   _____   $0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| _____ | _____ | _____ | _____ | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Debtor  Outfox Hospitality LLC
_____
Name

Case number *(if known)* 24-11008
_____

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

None _____    _____    - _____ = ➜    $0.00
                          total face amount        doubtful or uncollectible
                                                   amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

Refer to Global Notes _____    Tax year _____    $0.00

**73. Interests in insurance policies or annuities**

73.1

D&O, Employment Practices, Fiduciary Liability Insurance Policy (No. 72 KB 0602215-23 -
12/8/2023 - 12/8/2029 - The Hartford and Twin City Fire Insurance Company)    Undetermined

73.2

Excess Private Management Liability Insurance Coverage (No. MLXS2310001429-01 -
12/8/2023 - 12/8/2024 - Ascot Insurance Company)    Undetermined

73.3

Workers Compensation and Employers Liability Insurance Policy (No. WC 7 63394230 -
11/9/2023 - 11/9/2024 - American Casualty Company of Reading, Pennsylvania)    Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Unknown _____    Undetermined

Nature of Claim    _____

Amount requested    _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

None _____    $0.00

Nature of Claim    _____

Amount requested    _____

**76. Trusts, equitable or future interests in property**

76.1

None _____    $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

None _____    $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    Undetermined

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $0.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | Undetermined | |

**91. Total. Add lines 80 through 90 for each column**     91a. $0.00     91b. $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.     $0.00

**Fill in this information to identify the case:**

Debtor name: Outfox Hospitality LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11008

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

JP Morgan Chase Bank N.A.
Attention: Melissa Bazal
383 Madison Avenue, 22nd Floor
New York, NY 10017

**Describe debtor's property that is subject to the lien:**
All Assets

$5,554,719.32    Undetermined

**Describe the lien**
Guarantor of Secured Loan Agreement

**Date debt was incurred?**
10/6/2022

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,554,719.32

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 JP Morgan Chase Bank N.A.<br>c/o DLA Piper<br>Attn: Eric Goldberg<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4735 | 1 | |

**Fill in this information to identify the case:**

Debtor name: Outfox Hospitality LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11008

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchise Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: Undetermined   Priority amount: Undetermined

2.2

State of Delaware
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, – Suite 4
Dover, DE 19901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchise Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: Undetermined   Priority amount: Undetermined

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**

Aaron Sauber and Miguel Torres, et al.
C/O Migliaccio and Rathod LLP
Attn Rathod, Migliaccio
412 H St NE
Ste 302
Washington, DC 20002

**Date or dates debt was incurred**
4/25/2024

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2**

Adela Maravilla , Oscar Correa, Kamryn Nieminski, and Cierra Brown Et al.
C/O Werman Salas PC
Attn Werman, Salas, Arendt
77 W Washington St
Ste 1402
Chicago, IL 60602

**Date or dates debt was incurred**
4/25/2024

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3**

Anthony Marano Company
C/O McCarron & Diess
Attn: Mary Jean Fassett
4530 Wisconsin Ave., N.W., Suite 301
Washington, DC 20016

**Date or dates debt was incurred**
4/30/2024

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.4

Jamil Ladell Moore
C/O Haseeb Legal LLC
Attn Syed Haseeb Hussain
420 E Waterside Dr 3004
Chicago, IL 60601

**Date or dates debt was incurred**
4/24/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.5

Market Cuts LLC
C/O McCarron & Diess
Attn: Mary Jean Fassett
4530 Wisconsin Ave., N.W., Suite 301
Washington, DC 20016

**Date or dates debt was incurred**
4/30/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.6

WeCo Hospitality Inc.
c/o Christopoulos Dickens
Attn: Kevin O. Gerow
351 W. Hubbard, Suite 602
Chicago, IL 60654

**Date or dates debt was incurred**
5/9/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** <br><br> Anthony Marano Company <br> Law Offices of William B. Kohn <br> Attn: William B. Kohn <br> 364 Iris Lane <br> Highland Park, IL 60035 | Line <br> 3 <br><br> ☐ Not listed. Explain | |
| **4.2** <br><br> Market Cuts LLC <br> Law Offices of William B. Kohn <br> Attn: William B. Kohn <br> 364 Iris Lane <br> Highland Park, IL 60035 | Line <br> 5 <br><br> ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | Undetermined |
| 5b. | **Total claims from Part 2** | Undetermined |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | Undetermined |

**Fill in this information to identify the case:**

Debtor name: Outfox Hospitality LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11008

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Workers Compensation and Employers Liability Insuance Policy | American Casualty Company of Reading, Pennsylvania<br>151 N Franklin St<br>Chicago, IL 60606 |
| | **State the term remaining** | 11/9/2024 | |
| | **List the contract number of any government contract** | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Excess Private Management Liability Insurance Coverage | Ascot Insurance Company<br>55 W. 46th Street, 26th Floor<br>New York, NY 10036 |
| | **State the term remaining** | 12/8/2024 | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Executive Employment Agreement | Rob Twyman<br>20 New Street<br>Portland, ME 4103 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O, Employment Practices, Fiduciary Liability Insurance Policy | The Hartford<br>Hartford Financial Lines, One Hartford Plaza<br>Hartford, CT 06115 |
|-----|---|---|---|
| | **State the term remaining** | 12/8/2029 | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O, Employment Practices, Fiduciary Liability Insurance Policy | Twin City Fre Insurance Company<br>One College Park 8910 Purdue Road,<br>Indianapolis, IN 46268-0930 |
| | **State the term remaining** | 12/8/2029 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Outfox Hospitality LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11008

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Doms Market LLC | 167 N. Green Street, Chicago, IL 60607 | Aaron Sauber and Miguel Torres, et al. | ☐ D  ☑ E/F  ☐ G |
| 2.2 Foxtrot Retail Incorporated | 167 N. Green Street, Chicago, IL 60607 | Aaron Sauber and Miguel Torres, et al. | ☐ D  ☑ E/F  ☐ G |
| 2.3 Foxtrot Retail Incorporated | 167 N. Green Street, Chicago, IL 60607 | Adela Maravilla , Oscar Correa, Kamryn Nieminski, and Cierra Brown Et al. | ☐ D  ☑ E/F  ☐ G |
| 2.4 Doms Market LLC | 167 N. Green Street, Chicago, IL 60607 | Adela Maravilla , Oscar Correa, Kamryn Nieminski, and Cierra Brown Et al. | ☐ D  ☑ E/F  ☐ G |

2.5
Doms Market Holdco Inc.

167 N. Green Street, Chicago, IL 60607

Anthony Marano Company

☐ D
☑ E/F
☐ G

2.6
Doms Market LLC

167 N. Green Street, Chicago, IL 60607

Anthony Marano Company

☐ D
☑ E/F
☐ G

2.7
Foxtrot Retail Incorporated

167 N. Green Street, Chicago, IL 60607

Anthony Marano Company

☐ D
☑ E/F
☐ G

2.8
Foxtrot Ventures

167 N. Green Street, Chicago, IL 60607

Anthony Marano Company

☐ D
☑ E/F
☐ G

2.9
Doms Market LLC

167 N. Green Street, Chicago, IL 60607

Jamil Ladell Moore

☐ D
☑ E/F
☐ G

2.10
Foxtrot Retail Incorporated

167 N. Green Street, Chicago, IL 60607

Jamil Ladell Moore

☐ D
☑ E/F
☐ G

2.11
Doms Market Holdco Inc.

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

2.12
Doms Market LLC

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

2.13
Foxtrot Holdings Texas

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.14**
Foxtrot Intermediate
Texas

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.15**
Foxtrot Retail DC

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.16**
Foxtrot Retail Florida

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.17**
Foxtrot Retail
Incorporated

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.18**
Foxtrot Retail Texas

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.19**
Foxtrot Ventures

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.20**
Outfox Hospitality Midco
LLC

167 N. Green Street, Chicago, IL 60607

JP Morgan Chase Bank N.A.

☑ D
☐ E/F
☐ G

**2.21**
Doms Market Holdco Inc.

167 N. Green Street, Chicago, IL 60607

Market Cuts LLC

☐ D
☑ E/F
☐ G

**2.22**
Doms Market LLC

167 N. Green Street, Chicago, IL 60607

Market Cuts LLC

☐ D
☑ E/F
☐ G

Debtor    Outfox Hospitality LLC
          Name

2.23
Foxtrot Retail
Incorporated

167 N. Green Street, Chicago, IL 60607

Market Cuts LLC

☐ D
☑ E/F
☐ G

2.24
Foxtrot Ventures

167 N. Green Street, Chicago, IL 60607

Market Cuts LLC

☐ D
☑ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Outfox Hospitality LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-11008

☐ **Check if this is an amended filing**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 05/21/2024 | /s/ Caroline Barry |
| Executed on | Signature of individual signing on behalf of debtor |
| | Caroline Barry |
| | Printed name |
| | Secretary and Treasurer |
| | Position or relationship to debtor |