**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> DOMS MARKET LLC <br><br>　　　　　Debtor. | Chapter 7 <br><br> Case No. 24-11010 (TMH) <br><br> EIN: 84-1747198 |
| In re: <br><br> DOMS MARKET HOLDCO INC. <br><br>　　　　　Debtor. | Chapter 7 <br><br> Case No. 24-11011 (TMH) <br><br> EIN: 84-4499666 |
| In re: <br><br> FOXTROT HOLDINGS TEXAS, INCORPORATED <br><br>　　　　　Debtor. | Chapter 7 <br><br> Case No. 24-11012 (TMH) <br><br> EIN: 83-3831903 |
| In re: <br><br> FOXTROT INTERMEDIATE TEXAS, INCORPORATED <br><br>　　　　　Debtor. | Chapter 7 <br><br> Case No. 24-11013 (TMH) <br><br> EIN: 83-3803695 |
| In re: <br><br> FOXTROT RETAIL INCORPORATED <br><br>　　　　　Debtor. | Chapter 7 <br><br> Case No. 24-11014 (TMH) <br><br> EIN: 83-1628447 |
| In re: <br><br> FOXTROT RETAIL DC, LLC <br><br>　　　　　Debtor. | Chapter 7 <br><br> Case No. 24-11015 (TMH) <br><br> EIN: 84-2583091 |

| | |
|---|---|
| In re: <br><br> FOXTROT RETAIL FLORIDA, LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11016 (TMH) <br><br> EIN: 88-3527444 |
| In re: <br><br> FOXTROT RETAIL TEXAS, INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11017 (TMH) <br><br> EIN: 83-3777582 |
| In re: <br><br> FOXTROT VENTURES, INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11018 (TMH) <br><br> EIN: 46-2928250 |
| In re: <br><br> OUTFOX HOSPITALITY LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11008 (TMH) <br><br> EIN: 93-4442547 |
| In re : <br><br> OUTFOX HOSPITALITY MIDCO LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11009 (TMH) <br><br> EIN: N/A |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby withdraw the *Statement of Financial Affairs for Doms Market LLC* filed in the above-captioned Case No. 24-11008 at Docket No. 25. The Debtors have re-filed the *Statement of Financial Affairs for Doms Market LLC* at Docket No. 29 as the original filing inadvertently contained the name of an incorrect Debtor.

| | |
|---|---|
| Dated: May 22, 2024 | GREENBERG TRAURIG, LLP |

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile   (302) 661-7360
Email:  melorod@gtlaw.com

-and-

Nancy A. Peterman
Eric Howe
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8400
Facsimile:   (312) 456-8435
Email:     petermann@gtlaw.com
               howee@gtlaw.com

*Proposed Counsel to the Debtors*