# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUTFOX HOSPITALITY LLC | Case No. 24-11008 (TMH) |
| Debtor.[1] | EIN: 93-4442547 |

## LIST OF CREDITORS OF OUTFOX HOSPITALITY LLC

I, Caroline Barry, Secretary and Treasurer for Outfox Hospitality LLC and authorized signatory for each of the Debtors, declare under penalty of perjury that I have reviewed the List of Creditors of Outfox Hospitality LLC submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and hereby verify that the information contained herein is complete, true, and correct to the best of my knowledge.

The information contained in the List of Creditors of Outfox Hospitality LLC is based on a review of the books and records of Outfox Hospitality LLC. However, Outfox Hospitality LLC has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of Outfox Hospitality LLC for purposes of this chapter 7 case but are included herein for notice purposes out of an abundance of caution.

---

[1] The following affiliated entities (collectively with Outfox Hospitality LLC, the "Debtors") each filed a petition under chapter 7 of the Bankruptcy Code in this Court: (i) Outfox Hospitality Midco LLC, Case No. 24-11009 (TMH); (ii) Doms Market LLC, Case No. 24-11010 (TMH); (iii) Doms Market Holdco Inc., Case No. 24-11011 (TMH); (iv) Foxtrot Holdings Texas, Incorporated, Case No. 24-11012 (TMH); (v) Foxtrot Intermediate Texas, Incorporated, Case No. 24-11013 (TMH); (vi) Foxtrot Retail Incorporated, Case No. 11014 (TMH); (vii) Foxtrot Retail DC, LLC, Case No. 24-11015 (TMH); (viii) Foxtrot Retail Florida, LLC, Case No. 24-11016 (TMH); (ix) Foxtrot Retail Texas, Incorporated, Case No. 24-11017 (TMH); and (x) Foxtrot Ventures, Incorporated, Case No. 24-11018 (TMH).

2

Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgment that any person or entity listed currently holds a claim against Outfox Hospitality LLC; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position Outfox Hospitality LLC.

Dated: May 24, 2024                               */s/ Caroline Barry*
                                                                       Caroline Barry

Am Casualty Co of Reading, PA
151 N Franklin St
Chicago, IL 60606

Anthony Marano Company
CO McCarron and Diess
Attn Mary Jean Fassett
4530 Wisconsin Ave NW
Suite 301
Washington, DC 20016

Anthony Marano Company
CO William B Kohn
364 Iris Lane
Highland Park, IL 60035

Ascot Insurance Company
55 W. 46th Street
26th Floor
New York, NY 10036

Caroline Barry
1158 W Armitage Ave
Unit 207
Chicago, IL 60614

DKM HoldCo LLC
1165 Clark St
Suite 412
Chicago, IL 60610

Elizabeth Williams
1972 Port Weybridge Place
Newport Beach, CA 92660

Foxtrot Holdings LLC
167 N Green St
Ste 1100
Chicago, IL 60607

Further Point Acquisitions LLC
CO McDermott Will and Emery LLP
Attn Bradley T Giordano
444 W Lake St
Ste 4000
Chicago, IL 60606-0029

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamil Ladell Moore
CO Haseeb Legal LLC

Attn Syed Haseeb Hussain
420 E Waterside Dr 3004
Chicago, IL 60601

Jared Stein
400 North Camden Drive
Suite 300
Beverly Hills, CA 90210

Jay Owen
CO DOM Capital Group
1165 N. Clark Street
Suite 402
Chicago, IL 60610

JPMorgan Chase Bank NA
Attn Melissa Bazal
383 Madison Avenue
22nd Floor
New York, NY 10017

JPMorgan Chase Bank NA
10 Dearborn St
Floor L2S
Chicago, IL 60603

JPMorgan Chase Bank NA
CO DLA Piper
Attn Eric Goldberg
2000 Avenue of the Stars
Suite 400 N Tower
Los Angeles, CA 90067-4735

Keith Kravcik
CO Cleveland Avenue LLC
222 N. Canal Street
Third Floor
Chicago, IL 60606

Maravilla, Coirrea, Nieminski, Brown et al
CO Werman Salas PC
Attn Werman, Salas, Arendt
77 W Washington St
Ste 1402
Chicago, IL 60602

Market Cuts LLC
CO McCarron and Diess
Attn Mary Jean Fassett
4530 Wisconsin Ave NW
Suite 301
Washington, DC 20016

Market Cuts LLC

CO William B Kohn
364 Iris Lane
Highland Park, IL 60035

Michael Tully
2850 Tigertail Ave
Miami, FL 33133

PBG Financial Services Ltd.
1247 Waukegan Road
Suite 100
Glenview, IL 60025

Rob Twyman
20 New Street
Portland, ME 04103

Robert Mariano
159 E. Walton Place
Apt 6F
Chicago, IL 60611

Sauber and Torres et al
CO Miglicaccio and Rathod LLP
Attn Rathod, Miglicaccio
412 H St NE
Ste 302
Washington, DC 20002

State of Delaware
Division of Corporations
John G. Townsend Bldg.
401 Federal Street
Suite 4
Dover, DE 19901

The Hartford
Hartford Fin Lines, One Hartford Plaza
Hartford, CT 06115

Twin City Fre Ins Co
One College Park
8910 Purdue Road
Indianapolis, IN 46268-0930

Waldemar Colon
2620 W Eastwood Ave
Chicago, IL 60625

WeCo Hospitality Inc
CO Christopoulos Dickens
Attn Kevin O Gerow
351 W Hubbard
Ste 602

Chicago, IL 60654