# Exhibit A

## Real Estate Leases

| Name | Address | Suite(s) | City | State | ZIP code | Lessor name |
|---|---|---|---|---|---|---|
| 3300 New York Ave NE - DC Commissary #2 | 3300 New York Ave NE | 106, M106 | Washington | DC | 20002 | Jemal's Premium L.L.C. |
| Georgetown - 1267 Wisconsin | 1267 Wisconsin Avenue Northwest | | Washington | DC | 20007 | GLN Associates |
| 650 Massachusetts Ave - P212 | 650 Massachusetts Avenue Northwest | P212 | Washington | DC | 20001 | BOP 650 Mass LLC |
| 650 Massachusetts Ave - P211 | 650 Massachusetts Avenue NW | P211 | Washington | DC | 20001 | BOP 650 Mass LLC |
| Mt Vernon - 650 Massachusetts | 650 Massachusetts Avenue NW | 110A | Washington | DC | 20001 | BOP 650 Mass LLC |
| Dupont Circle - 1601 Connecticut | 1601 Connecticut Ave NW | | Washington | DC | 20009 | Kain Family Limited Partnership |
| Logan Circle - 1341 14th Street | 1341 14th Street NW | | Washington | DC | 20005 | 1341 LLC |
| Farragut Square - 888 17th Street NW | 888 17th Street NW | | Washington | DC | 20006 | 888 17th Street Corporation / Brawner Management |
| Adams Morgan | 1827 Adams Mill Road Northwest | | Washington | DC | 20009 | Perseus 1827 Adams Mill Investments LLC |
| Navy Yard DC | 1275 New Jersey Avenue Southeast | 4, 4A | Washington | DC | 20003 | FC 1275 NJ, LLC |
| 1794 Lanier Place (Storage) | 1794 Lanier Place Northwest | LL100 | Washington | DC | 20009 | Perseus Realty, LLC |
| 1165 North Clark Street | 1165 North Clark Street | 412 | Chicago | IL | 60610 | 1165 Property Owner LLC |
| 2136 S Peoria - New Chicago Commissary | 2136 S Peoria St | | Chicago | IL | 60608 | 900 C LLC |
| 2136 S Peoria - New Chicago Commissary Storage | 900 West Cermak Road | | Chicago | IL | 60608 | 900 C LLC |
| West Loop - 1019 W Lake | 1019 West Lake Street | | Chicago | IL | 60607 | 1015-1021 West Lake Street LP |
| Lincoln Park (Armitage) - 900 W Armitage | 900-902 W Armitage St | | Chicago | IL | 60614 | 902 W. Armitage, LLC |
| Chicago - River North | 114 W Chicago Ave | | Chicago | IL | 60610 | Clybourn Commons Temple LLC/Clark 800 Temple LLC/Clark 800 Partners Temple LLC |
| Southport - 3334 N. Southport | 3334 North Southport Avenue | | Chicago | IL | 60657 | HPL 3334 N Southport, LLC |
| **Hubbard - 401 N. Wells** | **401 North Wells Street** | **108A** | **Chicago** | **IL** | **60654** | **Wells Kinzie LLC / Wells Hubbard** * |
| **Old Town - 1562 N. Wells (New)** | **1562 North Wells Street** | | **Chicago** | **IL** | **60610** | **Chicago Investments, L.P.** * |
| **Wicker Park - 1722 W. Division** | **1714 West Division Street** | | **Chicago** | **IL** | **60622** | **1714 Division Owners LLC** * |
| Streeterville - 535 N. McClurg Court | 535 N McClurg Ct | | Chicago | IL | 60611 | 545 Investors LLC |
| 801 West Diversey Parkway | 801 West Diversey Parkway | | Chicago | IL | 60614 | Newcastle Retail Management LLC |
| Wrigleyville - 3649 N. Clark Street | 3649 North Clark Street | | Chicago | IL | 60640 | HSC Plaza and Building Operations LLC |

**\* These leases have been assigned to Further Point Acquisition, LLC**

# Exhibit A

| Name | Address | Suite(s) | City | State | ZIP code | Lessor name |
|---|---|---|---|---|---|---|
| **Milwaukee _ Damen - 1576 N Milwaukee** | **1576 N Milwaukee Ave** | | **Chicago** | **IL** | **60622** | **North River Properties Inc.** * |
| **Gold Coast - 23 W Maple** | **23 West Maple Street** | | **Chicago** | **IL** | **60610** | **LP Holdings HSR I LLC** * |
| East Lakeview - 2801 N Broadway | 2801 N Broadway St | | Chicago | IL | 60614 | Lincoln Park Plaza, LLC |
| **Fulton Market - 171 Green St (Retail)** | **171 North Green Street** | | **Chicago** | **IL** | **60607** | **W-SF Goldfinger Owner VIII, L.L.C.** * |
| Tribune Tower | 435 North Michigan Avenue | F | Chicago | IL | 60611 | TRIBUNE TOWER COMMERCIAL SOUTH (CHICAGO) OWNER, LLC |
| Chicago - Willis Tower | 233 South Upper Wacker Drive | | Chicago | IL | 60606 | BRE 312 Owner LLC |
| 1 West Superior Street | 1 West Superior Street | | Chicago | IL | 60654 | One Superior Place Leasehold LLC |
| Chicago - 167 N Green St (Office) | 167 North Green Street | 1100 | Chicago | IL | 60607 | W-SF Goldfinger Owner VIII, L.L.C. |
| 1225 North Wells Street | 1225 North Wells Street | | Chicago | IL | 60610 | HART 1225 Old Town, LLC |
| 2136 S Peoria - New Chicago Commissary Parking | 900 West Cermak Road | | Chicago | IL | 60608 | 900 C, LLC |
| 545 McClurg Court | 545 North Mcclurg Court | | Chicago | IL | 60611 | 545 Investors LLC |
| 122 Hawthorn Center | 122 Hawthorn Center | | Vernon Hills | IL | 60061 | Hawthorn, L.P. |
| Bethesda - 4827 Bethesda Ave | 4827 Bethesda Avenue | 51 | Bethesda | MD | 20814 | Street Retail, LLC |
| 1st & Annie | 1800 & 1804 South 1st St | | Austin | TX | 78704 | Barbara Ann Davis Miles / Miles S. 1st LLC |
| Austin Commissary | 8701 Cross Park Drive | 101 | Austin | TX | 78754 | 5205 Acquisitions, LLC |
| 4800 Burnet Road | 4800 Burnet Road | 10 | Austin | TX | 78756 | Wilder Properties, LTD |
| UT Austin (The Drag) - 2270 Guadalupe Street | 2270 Guadalupe Street | | Austin | TX | 78705 | University Co-Operative Society |
| Austin City Hall - Downtown 2nd St | 301w West 2nd Street | 100 | Austin | TX | 78701 | CITY OF AUSTIN |
| Dallas Commissary - Mockingbird Ln | 712-740 W. Mockingbird Lane | | Dallas | TX | 75247 | MB EXLINE MOCKINGBIRD, LP |
| Uptown - 2822 McKinney Ave | 2822 McKinney Avenue | | Dallas | TX | 75204 | MM Whitewing Holdings, LLC |
| University Park | 6565 Hillcrest Avenue | 130 | Dallas | TX | 75205 | SPC Park Plaza Partners LLC/HTH Hillcrest Project LLC/ Diamond Hillcrest. LLC |
| 3130 Knox Street | 3130 Knox Street | 120 | Dallas | TX | 75205 | KD Knox Street Village Holdco, LLC |
| Greenville, Dallas | 3606 Greenville Avenue | Suite A | Dallas | TX | 75202 | Uptown Ventures, LLC |
| Old Town Alexandria (OTA) - 701 King Street | 701 King Street | | Alexandria | VA | 22314 | Jemal's 701 King LLC |
| Rosslyn - 1771 N. Pierce St | 1771 North Pierce Street | A & Outdoor Cafe | Arlington | VA | 22209 | 1555 Wilson Property Owner LLC |
| Ballston - 4121 Wilson Blvd, Arlington, VA | 4121 Wilson Boulevard | 102b | Arlington | VA | 22203 | Jamestown Premier Stafford II, LLC |
| Clarendon | 1220 North Fillmore Street | | Arlington | VA | 22201 | 2900 Clarendon Commercial, LLC |

**\* These leases have been assigned to Further Point Acquisition, LLC**