# Exhibit B

| Notice Party's Name | Description of Contract or Lease | Debtor Name |
|---|---|---|
| Instacart | 3rd Party Marketplace Agreement | Doms Market LLC |
| Alex Cohen | Advisor letter | Foxtrot Ventures, Incorporated |
| Fara Leff | Advisor letter | Foxtrot Ventures, Incorporated |
| Rich Paul | Advisor letter | Foxtrot Ventures, Incorporated |
| The People's Club LLC dba BroughtBy | Agency Master Services Agreement | Foxtrot Ventures, Incorporated |
| Chicagoland Beverage Company | Agreement for the Sale of Goods/Equipment Rental | Doms Market LLC |
| Curo Management, LLC | Agreement of Sublease | Foxtrot Ventures, Incorporated |
| Liz Williams | Amended and Restated Executive Employment Agreeement | Foxtrot Ventures, Incorporated |
| The Continental Insurance Company | Business Auto Insurance Policy | Foxtrot Ventures, Incorporated |
| United Parcel Service Inc. | Carrier Agreement | Foxtrot Ventures, Incorporated |
| UPS [United Parcel Service Inc.] | Carrier Agreement | Foxtrot Ventures, Incorporated |
| ENGIE Rescources LLC | Commercial Natural Gas & Electricity Supply Agreement | Foxtrot Ventures, Incorporated |
| Bethesda Securities, LLC | Construction Agreement | Foxtrot Ventures, Incorporated |
| Franklin Alan, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Franklin Alan, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Franklin Alan, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Franklin Alan, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| KBR Corporation | Contractor Agreement | Foxtrot Ventures, Incorporated |
| KBR Corporation | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Maplewood Group, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Maplewood Group, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Maplewood Group, LLC | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Potomac Construction Services | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Wihelm Commercial Builders Inc. | Contractor Agreement | Foxtrot Ventures, Incorporated |
| Wilhelm Commercial Builders, Inc | Contractor Agreement | Foxtrot Ventures, Incorporated |
| KBR Corporation | Contractor Agreement between FoxtrotCo and KBR Corporation | Foxtrot Ventures, Incorporated |
| Donald Rosanova | Contractor, Non-Competition, Non-Solicitation, Non-Disclosure And Invention Assignment Agreement | Doms Market Holdco Inc. |
| Christopher (Kit) Grassi | Copywriting Project Offer and Addendum Protective Agreement | Foxtrot Ventures, Incorporated |
| United Natural Food, Inc. | Customer Agreement | Doms Market LLC |
| Cintas Corporation No. 2 | Customer Agreement Addendum | Foxtrot Retail DC, LLC |
| Cintas Corporation No. 2 | Customer Agreement Addendum | Foxtrot Retail Texas, Incorporated |
| Cintas Corporation No. 2 | Customer Agreement Addendum | Foxtrot Ventures, Incorporated |
| United Natural Foods, Inc. | Customer Distribution Agreement | Foxtrot Ventures, Incorporated |
| Kehe Distributors LLC | Customer Supply Agreement | Foxtrot Ventures, Incorporated |
| The Creative Pack LLC | Design and Consultation Services Retainer Agreement | Foxtrot Ventures, Incorporated |
| The Creative Pack LLC | Design and Product Commercialization Services Agreement | Foxtrot Ventures, Incorporated |
| Pod Foods | Distribution agreement | Foxtrot Ventures, Incorporated |
| Gordon Food Service, Inc. | Distribution Agreement, As Amended | Foxtrot Ventures, Incorporated |
| Present Tense Hospitality, LLC | Distribution and Sales Agreement | Foxtrot Ventures, Incorporated |
| DoorDash G&C, LLC | Doordash Drive Fulfillment Agreement | Foxtrot Ventures, Incorporated |
| DoorDash, Inc. | DoorDash Drive Fulfillment Agreement | Foxtrot Ventures, Incorporated |
| Haley Lerner | Employment Agreement | Foxtrot Ventures, Incorporated |
| Kyle McDonald | Employment Offer | Foxtrot Ventures, Incorporated |
| Kayla Brown | Employment Offer and Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Morgan Brown | Employment Offer and Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Nora Boneham | Employment Offer and Addendum B Protective Agreement | Foxtrot Ventures, Incorporated |
| Brooke Blazei | Employment Offer and Addendum Protective Agreement | Foxtrot Ventures, Incorporated |
| Olivia Kasprzyk | Employment Offer and Addendum Protective Agreement | Foxtrot Ventures, Incorporated |
| Kayla Zynda | Employment Offer and Addendum Protective Agreement | Foxtrot Ventures, Incorporated |

# Exhibit B

| Notice Party's Name | Description of Contract or Lease | Debtor Name |
|---|---|---|
| Jasen Hossein Emamian | Employment Offer and Protective Agreement | Foxtrot Ventures, Incorporated |
| Kelsie de La Ossa | Employment Offer and Protective Agreement | Foxtrot Ventures, Incorporated |
| Kay Jackson | Employment Offer, Addendum A Performance Incentive Bonus Plan, and Addendum B Protective Agreement | Foxtrot Ventures, Incorporated |
| Stephanie Klaers | Employment Offer, Addendum A Performance Incentive Bonus Plan, and Addendum B Protective Agreement | Foxtrot Ventures, Incorporated |
| Justin Flores | Employment Offer; Employment Agreement; Employee Biometric Data Policy; Arbitration Agreement and Class Actio | Foxtrot Ventures, Incorporated |
| Mitch Madoff | Employment Offer; Executive Employment Agreement | Foxtrot Ventures, Incorporated |
| Carolyn Lau | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Domenic LaVitola | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Grace Maxwell | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Jeffrey Kuempel | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Kaylene McCloskey | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Kyle Lam | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Michael Russell Marsh | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| Neal Larcom | Employment Offer; Protective Agreement | Foxtrot Ventures, Incorporated |
| CSC Leasing Co. | Equipment Agreement | Foxtrot Ventures, Incorporated |
| Camber Road Partners, Inc. | Equipment Lease | Foxtrot Ventures, Incorporated |
| Rob Twyman | Excecutive Employment Agreement | Foxtrot Ventures, Incorporated |
| Rob Twyman | Excecutive Employment Agreement | Outfox Hospitality LLC |
| Michael LaVitola | Executive Offer and Employment Agreement | Foxtrot Ventures, Incorporated |
| Kimberly Wells | Executory Employment Agreement | Foxtrot Ventures, Incorporated |
| Northwestern Development Company "B" | First Supplement to Lease Agreement | Foxtrot Retail DC, LLC |
| Alec Perez | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Alexander Snyder | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Allie Smith | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Brett Patterson | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Chris Rodriguez | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Debra Quigle | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Giovanni Meneses | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Haley Schmitz | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Kristen Pospychala | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Matt Nelsen | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Matt Sevik | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Matthew McManus | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Semira Sarancic | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Tabitha Melvin | Foxtrot Employment Offer & Addendum A Protective Agreement | Foxtrot Ventures, Incorporated |
| Emma Toner | Foxtrot Employment Offer & Addendum Protective Agreement | Foxtrot Ventures, Incorporated |
| Brothers Food Service | Foxtrot Produce Agreement | Foxtrot Ventures, Incorporated |
| Homesome, Inc. | Homesome License & Master Services Agreement Order Form | Doms Market LLC |
| Agents of Influence, LLC d/b/a The 5th Column PR | Hospitality Agreement and Scope of Services | Outfox Hospitality Midco LLC |
| Hogsalt Market Holdings LLC and Brenadn Sodikoff | Independent Contractor Agreement | Doms Market Holdco Inc. |
| Chris Dazzo | Independent Contractor Agreement | Foxtrot Ventures, Incorporated |
| Jim Kennelly | Independent Contractor Agreement | Foxtrot Ventures, Incorporated |
| SP Lake, LLC | Lease | Foxtrot Ventures, Incorporated |
| Cash Cloud, Inc. | Lease Agreement | Foxtrot Ventures, Incorporated |
| Diversey Inc. | Lease Agreement | Foxtrot Ventures, Incorporated |
| Tiger Financial Mangemet LLC | Lease Agreement | Foxtrot Ventures, Incorporated |
| Bonci Operating, LLC | License Agreement | Doms Market LLC |

# Exhibit B

| Notice Party's Name | Description of Contract or Lease | Debtor Name |
|---|---|---|
| ENGIE Rescources LLC | Master Electric Energy Sales Agreement | Foxtrot Ventures, Incorporated |
| CCA Financial, LLC | Master Lease Agreement | Foxtrot Ventures, Incorporated |
| CSC Leasing Co. | Master Lease Agreement #2023083 and Schedules A - D | Foxtrot Ventures, Incorporated |
| Suddath Global Logistics, LLC dba Suddath Moving and Logistics | Master Logistics Services Agreement | Foxtrot Ventures, Incorporated |
| Turn Technologies Inc. | Master Service Agreement | Foxtrot Ventures, Incorporated |
| PMsquare LLC | Master Services Agreement | Doms Market LLC |
| Danfoss LLC | Master Services Agreement | Foxtrot Ventures, Incorporated |
| Synergy IT Incorporated [CERGE] | Master Services Agreement | Foxtrot Ventures, Incorporated |
| CERGE | Master Services Agreement Foxtrot May 1, 2021 | Foxtrot Ventures, Incorporated |
| TriMark Marlinn, LLC | Master Stocking, Procurement and Sales Agreement | Foxtrot Ventures, Incorporated |
| ECR Software Corporation | Master System Purchase and Licensing Agreement, As Amended | Doms Market LLC |
| Ware2Go Inc. | Merchant Services Agreement | Foxtrot Ventures, Incorporated |
| Cintas Corporation No. 2 | National Rental Agreement | Doms Market LLC |
| Oracle America, Inc. | Payment Plan Agreement | Doms Market LLC |
| Linde Gas & Equipment Inc. | Product Supply Agreement | Foxtrot Ventures, Incorporated |
| Lotka& Co. | Professional Services Agreement | Foxtrot Ventures, Incorporated |
| Purview Incorporated | Pureview Incorporated Order Form Agreement | Foxtrot Ventures, Incorporated |
| The Ultimate Software Group, Inc. | SaaS Agreement | Foxtrot Ventures, Incorporated |
| Hana Group Ops, LLC | Second Amended and Restated Supplier Agreement | Foxtrot Ventures, Incorporated |
| Rampulla Consulting | Security agreement | Doms Market LLC |
| BenePass, Inc. | Services Agreement | Foxtrot Ventures, Incorporated |
| Jeni's-Illinois, LLC | Side Letter Agreement | Foxtrot Ventures, Incorporated |
| Oracle Netsuite | Software agreement | Foxtrot Ventures, Incorporated |
| Taylor Bloom | Stock Restriction Agreement | Foxtrot Ventures, Incorporated |
| Podmajersky Inc | Storage Facility Lease | Foxtrot Ventures, Incorporated |
| BOP 650 Mass LLC | Storage Space License | Foxtrot Retail DC, LLC |
| Present Tense Hospitality, LLC | Sublease | Foxtrot Ventures, Incorporated |
| CBRE, Inc. | Sublease Listing Agreement | Foxtrot Ventures, Incorporated |
| Wells Fargo Bank, National Association, as Trustee for the Benefit of the Registered Holders of CCUBS Commercial Mortgage Trust 2017-C1, Commercial Mortgage Pass-Through Certificates, Series 2017-C1 | Subordination, Nondisturbance and Attornment Agreement | Foxtrot Retail DC, LLC |
| Yext, Inc. | Subscription Agreement | Foxtrot Ventures, Incorporated |
| Keany Produce and Gourmet | Supply Agreement | Foxtrot Ventures, Incorporated |
| LINDE GAS & EQUIPMENT INC | Supply Agreement | Foxtrot Ventures, Incorporated |
| Edgewater Development, L.P. | Third Amendment To Parking Lease | Foxtrot Retail Texas, Incorporated |
| First Data Merchant Services LLC | TransArmor Data Protection and Clover Services Participation Addendum | Foxtrot Ventures, Incorporated |
| Present Tense Hospitality, LLC | Transitional Services Agreement | Foxtrot Ventures, Incorporated |
| Uber Technologies, Inc. | Uber Direct API Agreement | Foxtrot Ventures, Incorporated |
| Falcon Trading/SunRidge Farms | Vendor Agreement | Foxtrot Ventures, Incorporated |
| Peter Rothstein | Vendor Agreement | Foxtrot Ventures, Incorporated |
| World Wide Gourmet Foods, Inc | Vendor Agreement | Foxtrot Ventures, Incorporated |
| Dona Chai | Vendor Agreement Between Foxtrot Ventures, Incorporated ("Foxtrot") and [ ] ("Vendor") | Foxtrot Ventures, Incorporated |
| Astor Chocolate | Vendor Agreement Between Foxtrot Ventures, Incorporated ("Foxtrot") and [Astor Chocolate] ("Vendor") | Foxtrot Ventures, Incorporated |
| Gary Poppind Popcorn | Vendor Agreement Between Foxtrot Ventures, Incorporated ("Foxtrot") and [Garry Poppins] ("Vendor") | Foxtrot Ventures, Incorporated |
| Candy People LLC | Vendor Agreement Between Foxtrot Ventures, Incorporated ("Foxtrot") and Candy People LLC ("Vendor") | Foxtrot Ventures, Incorporated |
| Killer Brownie Ltd | Vendor Agreement Between Foxtrot Ventures, Incorporated ("Foxtrot") and Killer Brownie Ltd ("Vendor") | Foxtrot Ventures, Incorporated |

# Exhibit B

| Notice Party's Name | Description of Contract or Lease | Debtor Name |
|---|---|---|
| JYOK Bev, Inc | Wine Making Contract | Foxtrot Ventures, Incorporated |
| Skurnik | Winemaking Agreement | Foxtrot Ventures, Incorporated |