IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Outfox Hospitality LLC, *et al.* [1], ) | Case No. 24-11008 (TMH) |
| ) | |
| Debtors. ) | (Jointly Administered) |

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PERSONAL PROPERTY

To the Creditors and Other Parties in Interest:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, the trustee (the "Trustee") of the estates (the "Estates") of the above captioned Debtors, intends to and will abandon the following described vehicles (the "Property") as burdensome and of inconsequential value to the Estates[2]. The Property will be abandoned unless, within **fourteen (14) days** from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the clerk of the Bankruptcy Court, at 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and serves a copy of such request on: (1) the Trustee herein at the address listed below; (2) counsel for the Trustee, Susan E. Kaufman, Esquire, Law Office of Susan E. Kaufman, 919 N. Market Street, Suite 460, Wilmington, DE 19801, skaufman@skaufmanlawde.com; and (3) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are Outfox Hospitality LLC, Bk. No. 24-11008 (TMH); Outfox Hospitality Midco LLC, Bk. No. 24-11009 (TMH); Doms Market LLC, Bk. No. 24-11010 (TMH); Doms Market Holdco Inc., Bk. No. 24-11011 (TMH); Foxtrot Intermediate Texas, Incorporated, Bk. No. 24-11012 (TMH); Foxtrot Holdings Texas, Incorporated, Bk. No. 24-11013 (TMH); Foxtrot Retail Incorporated, Bk. No. 24-11014 (TMH); Foxtrot Retail DC, LLC, Bk. No. 24-11015 (TMH); Foxtrot Retail Florida, LLC, Bk. No. 24-11016 (TMH); Foxtrot Retail Texas, Incorporated, Bk. No. 24-11017 (TMH); Foxtrot Ventures, Incorporated, Bk. No. 24-11018 (TMH).

[2] The Trustee believes that the Property was already abandoned in connection with the *Order Approving Trustee's Motion Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554(a) Authorizing the (I) Rejection of Certain Unexpired Leases of Nonresidential Real Property Effective as of the Petition Date (II) Rejection of Certain Executory Contracts and Leases as of the Petition Date and (III) Abandonment of Property in Connection Therewith* (D.I. 80), as the Property is located on leased premises, but files this Notice of Abandonment out of an abundance of caution.

2

The Trustee intends to abandon the following Property:

| Property-Vehicle Description (Last 6 Digits of VIN) | Lien Amount Per Debtors Records | Lienholders | Scheduled Value |
|---|---|---|---|
| 2019 Ford Transit Van (VIN-4260) | $11,991.21 | Ford Credit | Undetermined |
| 2020 Ford Transit Cargo Van (VIN-5212) | $21,529.57 | Ford Credit | Undetermined |
| 2021 Ford Transit Cargo Van (VIN-9231) | $28,641.07 | Ford Credit | Undetermined |
| 2021 Ram ProMaster Cargo (VIN-7282) | $48,189.18 | Ally | Undetermined |
| 2021 Ram ProMaster Cargo (VIN-7438) | $48,823.49 | Ally | Undetermined |
| 2022 Ford Transit (VIN-7319) | $46,042.76 | Ford Credit | Undetermined |
| 2023 Ford Transit Cargo Va (VIN-8576) | $58,638.39 | Ford Credit | Undetermined |

**Objections not timely filed and served shall be deemed waived.**

Dated:  July 10, 2024         */s/ Jeoffrey L. Burtch*
                              Jeoffrey L. Burtch
                              Chapter 7 Panel Trustee
                              P.O. Box 549
                              Wilmington, DE 19801
                              (302) 472-7427
                              jburtch@burtchtrustee.com