# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Outfox Hospitality LLC, *et al.* [1], ) | Case No. 24-11008 (TMH) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Related Docket No. _____** |

## ORDER REGARDING ABANDONMENT OF CERTAIN PROPERTY

UPON the filing of the Notice of Trustee's Intent to Abandon Certain Property (the "Notice")[2], providing the parties in interest with notice of and opportunity for a hearing of the Trustee's intention to abandon certain property set forth in the Notice (the "Abandonment"), and this Court finding that proper and adequate notice of the Trustee's intent to abandon has been given, and a reasonable opportunity to object or to be heard regarding the Abandonment has been afforded to all interested persons and entities;

IT IS HEREBY ORDERED THAT:

1. All Property, as defined in the Notice, which is property of any of the Estates, is hereby abandoned pursuant to 11 U.S.C. § 554.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are Outfox Hospitality LLC, Bk. No. 24-11008 (TMH); Outfox Hospitality Midco LLC, Bk. No. 24-11009 (TMH); Doms Market LLC, Bk. No. 24-11010 (TMH); Doms Market Holdco Inc., Bk. No. 24-11011 (TMH); Foxtrot Intermediate Texas, Incorporated, Bk. No. 24-11012 (TMH); Foxtrot Holdings Texas, Incorporated, Bk. No. 24-11013 (TMH); Foxtrot Retail Incorporated, Bk. No. 24-11014 (TMH); Foxtrot Retail DC, LLC, Bk. No. 24-11015 (TMH); Foxtrot Retail Florida, LLC, Bk. No. 24-11016 (TMH); Foxtrot Retail Texas, Incorporated, Bk. No. 24-11017 (TMH); Foxtrot Ventures, Incorporated, Bk. No. 24-11018 (TMH).

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Notice.